```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC CONTROLS INC.,

    Plaintiff,

-against-

CUMMINS INC.,

    Defendant.

19-CV-3428 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for resolution of discovery disputes, including those mentioned in the parties' joint letter dated January 23, 2020 (Dkt. No. 27), pursuant to 28 U.S.C. § 636(b)(1)(A). Discovery applications must be made to Judge Moses and in compliance with Local Civil Rule 37.2 and §§ 1(b), 1(d), 2(b), and 2(e) of Judge Moses's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party shows good cause why more formal briefing should be required.

Dated: New York, New York
      January 24, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**