```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC CONTROLS INC.,

        Plaintiff,

   -against-

CUMMINS INC.,

        Defendant.

19-CV-3428 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic discovery conference, it is hereby ORDERED that:

1. No later than **July 22, 2020**, plaintiff shall produce its general ledger detail for 2014 through the present, which may be designated "Attorneys' Eyes Only" pursuant to the parties' Stipulated Protective Order (Dkt. No. 26).

2. The deadline to complete all discovery is EXTENDED to **September 18, 2020**. The parties shall promptly meet and confer in good faith to schedule all noticed depositions.

Dated: New York, New York
       July 1, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**