UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC CONTROLS INC.,

        Plaintiff,

-against-

CUMMINS INC.,

        Defendant.

19-CV-3428 (MKV) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/20

**BARBARA MOSES, United States Magistrate Judge.**

The telephonic discovery conference currently scheduled for October 22, 2020, at 11:00 a.m. is hereby ADJOURNED to **October 29, 2020, at 11:30 a.m.** No later than October 28, 2020, defendant shall file a status letter advising the Court as to whether defendant and Greenstar have resolved all or part of their discovery dispute.

Dated: New York, New York
       October 22, 2020

**SO ORDERED.**

_____
**BARBARA MOSES
United States Magistrate Jud**