

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC CONTROLS INC.,

        Plaintiff,

-against-

CUMMINS INC.,

        Defendant.

19-CV-3428 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court conducted a telephonic discovery conference on October 29, 2020. For the reasons stated on the record during the conference, defendant Cummins Inc.'s letter-motion dated September 18, 2020 (Dkt. No. 62) is GRANTED IN PART as follows:

1. Greenstar Technologies LLC (Greenstar) shall promptly produce documents (which may include a sworn statement at Greenstar's option) sufficient to show the components and functionality of Greenstar's "IntelliCommand" product in late 2016 and/or early 2017.

2. Greenstar shall promptly produce documents sufficient to show whether it sold, produced, or had available for sale any other products from late 2016 through 2018, and if so, the components and functionality of such product(s).

3. Plaintiff Pacific Controls Inc. (PCI) shall promptly produce documents sufficient to show the nature of the transactions recorded as "sales" to Greenstar in 2017, 2018, and 2019.

4. Plaintiff shall produce documents sufficient to identify the PCI employees who transitioned in 2016 from PCI to Jones Lang LaSalle Americas, Inc., and the dates on which they left.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 62.

Dated:  New York, New York
         October 29, 2020

                                          **SO ORDERED.**

                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**