```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC CONTROLS INC.,<br><br>          Plaintiff,<br><br>-against-<br><br>CUMMINS INC.,<br><br>          Defendant. | 1:19-cv-03428-MKV-BCM<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that the proposed joint pretrial order is due on or before March 8, 2022. The parties shall consult the Court's Individual Practice Rule § 7.A. and ensure compliance therewith. The required pretrial filings outlined in Section 7.B. of the Court's Rules need not be filed with the proposed joint pretrial order. The Court will set a deadline for these submissions at a later date.

  IT IS FURTHER ORDERED that the pretrial conference scheduled for February 22, 2022 at 10:00 AM is ADJOURNED to March 15, 2022 at 10:00 AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

  At the pretrial conference the parties should be prepared to discuss their proposed joint pretrial order, trial scheduling and logistics, deadlines for pretrial filings outlined in Section 7.B. of the Court's Individual Practice Rules, and all other pretrial matters. The parties should consult the Court's Individual Practice Rules and ensure compliance therewith.

**SO ORDERED.**

**Date:  January 28, 2022**
**     New York, NY**                                          _____
                                                               **MARY KAY VYSKOCIL**
                                                               **United States District Judge**