```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC CONTROLS INC.,

                  Plaintiff,

-against-                    1:19-cv-03428-MKV-BCM

CUMMINS INC.,                 ORDER

                  Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

    Because of the parties' last-minute submissions ahead of the pretrial conference, the pretrial conference scheduled for May 10, 2022 at 10:30 AM is ADJOURNED to June 13, 2022 at 11:00 AM.  The conference will now be in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date:  May 10, 2022**
       **New York, NY**                              _____
                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**