USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC CONTROLS INC.,

                Plaintiff,

-against-

CUMMINS INC.,

                Defendant.

19-cv-3428 (MKV)

ORDER DENYING
MOTIONS *IN LIMINE*

MARY KAY VYSKOCIL, United States District Judge:

        The motions pending at ECF Nos. 132, 135, 148, and 151 are DENIED without prejudice to renewing 45 days before trial. The Clerk of Court is respectfully requested to terminate docket entries 132, 135, 148, and 151.

**SO ORDERED.**

Date: **December 29, 2022**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**