

11 S. Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

T. Joseph Wendt
Partner
317-231-7748
joseph.wendt@btlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023

June 20, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge

    RE:    *Pacific Controls, Inc. v. Cummins Inc.*, 1:19-cv-03428-MKV-BCM

Dear Judge Vyskocil:

    We write on behalf of Cummins Inc. regarding the final pre-trial conference in this case, which last Friday, June 16, 2023 was rescheduled from June 27, 2023 at 2:00 pm to June 30, 2023 at 1:00 pm. We understand, pursuant to the Court's Civil Practice Rules, that principal trial counsel must appear at all conferences with the Court, including the final pre-trial conference. Unfortunately, one of Cummins' principal trial counsel, Victor Vital, has an unmovable conflict on the rescheduled date of the conference. Cummins' other trial counsel, myself and David Pegno, are available on that date and will attend.

    Given the proximity of trial, Cummins respectfully requests that the June 30 conference proceed and that Mr. Vital be excused from participation on that date. Counsel for Plaintiff, Pacific Controls, Inc., does not object to this request.

Sincerely,

T. Joseph Wendt

**Granted. SO ORDERED.**

Date: 6/21/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

Atlanta  Boston  California  Chicago  Delaware  Indiana  Michigan  Minneapolis  Nashville  New Jersey
New York  Ohio  Philadelphia  Raleigh  Salt Lake City  South Florida  Texas  Washington, D.C.