UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PACIFIC CONTROLS, INC.,

                Plaintiff,                19 **CIVIL** 3428 (MKV)(BCM)

    -against-                  **JUDGMENT**

CUMMINS, INC.,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2023

    It is hereby **ORDERED, ADJUDGED AND DECREED:** that after a Jury Trial before the Honorable Mary Kay Vyskocil, United States District Judge, the jury having returned a verdict in favor of Defendant, judgment is entered in favor of defendant, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
              July    14th    , 2023

                                                       **RUBY J. KRAJICK**

**So Ordered:**                                         **Clerk of Court**

                                                  **BY:**    K. Mango

*[Signature: Mary Kay Vyskocil]*
    **U.S.D.J.**                                           **Deputy Clerk**